MORTON *v.* SHERROD.

BECK, P. J. This was the first grant of a new trial; and as it does not appear that the evidence demanded the verdict, the judgment granting a new trial will not be disturbed here.

*Judgment affirmed. All the Justices concur.*

No. 1195. MAY 14, 1919.

Equitable petition. Before Judge Hammond. Burke superior court. September 7, 1918.

*C. T. Guylon,* for plaintiff in error.

*H. J. Fullbright,* contra.